**FILED**
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Emanuel Brown, )<br>)<br>Plaintiff, )<br>)<br>v. )   Civil Action No. **08 0738**<br>)<br>Michael Mukasey/Attorney General, )<br>)<br>Defendant. | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED with prejudice for lack of subject-matter jurisdiction. This is a final appealable Order.

*[signature]*
United States District Judge