# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 08-5184** | **September Term 2007** |
| | 1:08-cv-00738-UNA |
| | Filed On: August 20, 2008 [1134350] |

Emanuel Brown,

    Appellant

v.

Michael B. Mukasey, et al.,

    Appellees

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on August 6, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:   /s/
                            Elizabeth V. Scott
                            Deputy Clerk

Attachment: Motion for Leave to Proceed on Appeal In Forma Pauperis